United States Courts
Southern District of Texas
FILED

APR 2 4 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In the Matter of the Administrative | § | |
| Inspection of Brett Cordes, MD | § | Magistrate Case No. H19-0656M |
| 3519 Cascade Springs Drive | § | |
| Manvel, Texas 77578 | § | |

I received the attached administrative inspection warrant on April 16, 2019. On April 18, at 10:00 a.m., I conducted an administrative inspection of the premises described in the warrant, and I left a copy of the warrant with Brett Cordes, MD. The following records and samples of controlled substances were seized pursuant to the warrant:

No documents were seized.

Carmen Menn

Diversion Investigator
Drug Enforcement Administration